IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARTIN SANTIAGO, on behalf
of himself and all others similarly
situated,

Case No. 1:22-cv-01986

    Plaintiff,

v.

AK SECURITY SERVICES LLC,

    Defendant

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, AK Security Services LLC ("Defendant"), by and through its undersigned counsel, respectfully moves for an extension of time up to and including September 6, 2022, for Defendant to answer, move or otherwise respond to Plaintiff's Complaint, and states the following in support:

1. On or about May 18, 2022, Plaintiff filed a Complaint (Doc 1).

2. On or about July 23, 2022, Defendant was served with the Complaint, making the response date August 15, 2022.

3. Counsel for the Defendant was recently retained and are in the process of intaking and reviewing Defendant's files relevant to the underlying litigation. In order to fully investigate and formulate an appropriate response(s) to the

www.spirelawfirm.com
Employment Attorneys

Complaint and explore the possibility of early resolution, counsel for Defendant respectfully requests a brief extension of time, up to and including September 6, 2022, for Defendant to respond to Plaintiff's Complaint. Furthermore, counsel for the Parties will seek to determine if an amicable resolution is available.

4. This extension is not being sought for purposes of delay, nor will this brief extension prejudice any party to the litigation.

5. The undersigned has discussed the subject matter of this Motion with Plaintiff's counsel, who is not opposed to the relief sought herein.

### **MEMORANDUM OF LAW**

This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b).

The Defendant's request for an extension of the deadline is made in good faith and does not prejudice Plaintiff. Permitting the extension will enable Defendant to respond to the Complaint following analysis of the relevant files and it will enable counsel to explore the possibility of early resolution. For these reasons, Defendant requests the Court extend the deadline to respond to the Complaint.

WHEREFORE, Defendant, AK Security Services LLC, respectfully requests an extension of time up to and including September 6, 2022, for Defendant to answer, move or otherwise respond to Plaintiff's Complaint.

www.spirelawfirm.com
Employment Attorneys

Dated this 15th day of August 2022.

Respectfully submitted,
SPIRE LAW, LLC
2572 W. State Road 426, Suite2088
Oviedo, Florida 32765

By:/s/ Whitney M. DuPree
Whitney M. DuPree, Esq.
Georgia Bar No. 880909
Ian Smith, Esq.
Georgia Bar No. 661492
whitney@spirelawfirm.com
ian@spirelawfirm.com
filings@spirelawfirm.com

*Attorneys for AK Security Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*Whitney M. DuPree*
Attorney

www.spirelawfirm.com
Employment Attorneys