IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARTIN SANTIAGO, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

AK SECURITY SERVICES LLC,

    Defendant

_____/

Case No. 1:22-cv-01986

### [Proposed] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS MATTER** is before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. Defendant shall respond to Plaintiff's Complaint on or before September 6, 2022.

**DONE AND ORDERED** this ___ day of _____, 2022, in the United States District Court, Northern District of Georgia.

_____
The Honorable Amy Mil Totenberg
District Court Judge