IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARTIN SANTIAGO, on behalf of himself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:22-cv-1986-AT |
| AK SECURITY SERVICES LLC, | : : : | |
| Defendant. | : | |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed by the parties, ("JPRDP", Doc. 14), the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the JPRDP. The case is assigned to a four-month discovery period.

**IT IS SO ORDERED** this 22nd day of February, 2023.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**