# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARTIN SANTIAGO, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | Civil Action File No. 1:22-cv-01986-AT |
| AK SECURITY SERVICES LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

This case is before the Court on the parties' Joint Motion to Approve Settlement and the parties' proposed Settlement Agreement. After reviewing the record and the parties' joint submissions, including the proposed Settlement Agreement, the Court is of the opinion that the parties' joint motion should be **GRANTED.** The Court finds that the settlement set forth in the Settlement Agreement is fair, adequate, and reasonable. The Court further finds that the Settlement Agreement was negotiated at arm's length by represented Parties and is not the result of collusion. The Court finally finds that the payment of attorneys' fees and expenses provided in the Settlement Agreement is reasonable.

Therefore, the Joint Motion is **GRANTED**, the settlement is **APPROVED**, and the terms of the Settlement Agreement are incorporated into this Order.

Consistent with the terms of the parties agreement, the Court will retain jurisdiction for the purposes of enforcing the Settlement Agreement.  In light of the settlement, the Court **DISMISSES** all claims with prejudice.  Each party will bear its own discretionary costs.

**SO ORDERED** this 4th day of October, 2023.

                                                    **AMY TOTENBERG**
                                                    **UNITED STATES DISTRICT JUDGE**